IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRYAN A. MEARS,
    Petitioner,

vs.                                                  CASE NO.:  3:05cv79/MCR/MD

JAMES R. MCDONOUGH,
    Respondent.
    _____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 7, 2007.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The 28 U.S.C. § 2254 amended petition for writ of habeas corpus (doc. 4) challenging the conviction and sentence in _State of Florida v. Bryan A. Mears_, in the Circuit Court of Escambia County, Florida, case no. 00-4953 is DENIED, this cause is DISMISSED, and the clerk is directed to close the file.

    DONE AND ORDERED this 15th day of March, 2007.

                                _s/ M. Casey Rodgers_
                                **M. CASEY RODGERS**
                                **UNITED STATES DISTRICT JUDGE**